

# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on May 24, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 23-90013

_____

In the Matter of Highland Capital Management, L.P.

*Debtor*,

NexPoint Advisors, ; Highland Capital Management Fund Advisors, L.P., *now known as* NexPoint Asset Management, L.P.,

*Petitioners*,

*versus*

Highland Capital Management, L.P.,

*Respondent.*

_____

Motion for Leave to Appeal
Pursuant to 28 U.S.C. § 158(d)
_____

### UNPUBLISHED ORDER

Before King, Jones, and Smith, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the motion for leave to appeal under 28 U.S.C. § 158(d) is GRANTED.