# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

**Fifth Cir. Case NO.** 23-10534

Highland Capital Management Fund Advisors, L vs. Pachulski Stang Ziehl & Jones LLP
(Short Title)

The Clerk will enter my appearance as Counsel for  Pachulski Stang Ziehl & Jones LLP

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae
☐ Appellant(s)  ☑ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Jordan A. Kroop   (Signature)
jkroop@pszjlaw.com   (e-mail address)

Jordan A. Kroop   (Type or print name)
NY Bar No. 2680882   (State/Bar No.)

(Title, if any)   ☑ Male  ☐ Female

Pachulski Stang Ziehl & Jones LLP
(Firm or Organization)

Address: 780 Third Avenue, 34th Floor
City & State: New York, NY   Zip: 10017
Primary Tel.: (212) 561-7734   Cell Phone: (602) 690-4024

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Jeffrey N. Pomerantz

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:
 (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?  ☑ Yes  ☐ No
 (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?  ☑ Yes  ☐ No
 (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?  ☐ Yes  ☑ No
 (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case ____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency ____
Status of Appeal (if any) ____
Other Status (if not appealed) ____

**NOTE:** Attach sheet to give further details.   DKT-5A REVISED February 2017

## Attachment to Notice of Appearance

No. 23-10534

Short Title: *Highland Capital Management Fund Advisors, L.P., v. Highland Capital Management, L.P.*

B. Inquiry of Counsel

(1) Related cases now pending in this Court:

- *NexPoint Advisors, L.P. v. Pachulski Stang Ziehl & Jones, L.L.P. et al.*, No. 22-10575: fully briefed on December 9, 2022; oral argument held on May 1, 2023

- *James Dondero v. Highland Capital Management L.P.,* No. 22-10889: : fully briefed on March 24, 2023

- *The Dugaboy Investment Trust v. Highland Capital Management, L.P.*, No. 22-10960: fully briefed on February 15, 2023; oral argument held on May 1, 2023

- *The Dugaboy Investment Trust v. Highland Capital Management, L.P.*, No. 22-10983: fully briefed on March 6, 2023; oral argument scheduled for June 5, 2023

- *The Charitable DAF Fund, L.P., et al. v. Highland Capital Management, L.P.*, No. 22-11036: fully briefed on May 12, 2023

(2) Related cases now pending in a district court, which would likely be appealed to the Fifth Circuit:

- *Highland Capital Management, L.P., et al. v. Highland Capital Management Fund Advisors L.P.*, Northern District of Texas, No. 3:21-cv-881 (consolidated cases: 3:22-cv-789, 3:21-cv-880, 3:21-cv-1010, 3:21-cv-1378, 3:21-cv-1379): briefing ongoing

- *The Charitable DAF Fund, L.P., et al. v. Highland Capital Management, L.P.*, Northern District of Texas, No. 3:21-cv-1585: case abated and administratively closed pending resolution of The Charitable DAF Fund, L.P., et al. v. Highland Capital Management, L.P., No. 22-11036

- *Highland Capital Management Fund Advisors, L.P., et al. vs. Highland Capital Management, L.P.*, Northern District of Texas, No. 3:22-cv-02170: fully briefed on April 3, 2023