# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2023

Mr. Jordan A. Kroop
Pachulski Stang Ziehl & Jones, L.L.P.
New York
780 3rd Avenue
34th Floor
New York, NY 10017

    No. 23-10534    Highland Captl Mgmt Fund v. Highland Captl Mgmt
                           USDC No. 3:23-CV-573

Dear Mr. Kroop,

We have received your Notice of Appearance Form, but did **NOT** enter your appearance, as the party you listed as representing is not a party to this appeal. Please r-file with the correct party listed.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719