

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Direct Dial 214.855.7587
drukavina@munsch.com

July 24, 2023

**BY ECF FILING**
Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals
for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    Re:    Case 23-10534: Highland Capital Management Fund Advisors, LP., et. al. v. Highland Capital Management, L.P.; Appellants' **Unopposed** Request for 21 Day Briefing Extension

Dear Mr. Cayce:

    I am lead counsel of record for the two appellants in this case: NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. ("Appellants"), and I am writing to request a consensual extension of the Appellants' principal brief deadline to August 15, 2023, representing an extension of twenty-one (21) days.

    I have conferred with John Morris, Esq., counsel for the sole appellee, and Mr. Morris informed me that the appellee does not oppose this request.

    The reason for my request is that I have been exceptionally busy the past six (6) weeks trying a contested Chapter 11 plan, as lead counsel, in the United States Bankruptcy Court for the Eastern District of Texas, with multiple evidentiary hearings and related obligations. I have sought assistance form others in my Firm to help with the briefing in this case but, due to the very large Tuesday Morning bankruptcy case they have been handling, and other cases we have been handling, I have not been able to obtain any assistance.

    This request is not made for purposes of delay or advantage, but solely that justice may be done.

    Therefore, the Appellants respectfully request that the deadline for them to file their principal brief be August 15, 2023.

    Sincerely,

    /s/ *Davor Rukavina*
    Davor Rukavina, Esq.

Cc: John A. Morris, Esq. (by CMECF)

4891-3739-7362v.1 019717.00001