# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 17, 2023

Mr. Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Ross Tower
Suite 3800
Dallas, TX 75201-6659

    No. 23-10534   Highland Captl Mgmt Fund v. Highland Captl Mgmt
                              USDC No. 3:23-CV-573

Dear Mr. Rukavina,

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

Optional contents exceed 40 page limitation, see **5TH CIR. R.** 30.1.6. Additionally, any transcripts that are included must only contain the relevant pages necessary for appeal. If you determine that the excessive optional pages are imperative, a motion is required.

Note:  Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system.  Please do not send paper copies of the record excerpts until requested to do so by the clerk's office.  The record excerpts are not sufficient until final review by the clerk's office.  If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made.  Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
    Mr. Zachery Z. Annable
    Mr. Gregory Vincent Demo
    Mr. Jordan A. Kroop
    Mr. John A. Morris
    Mr. Jeffrey N. Pomerantz
    Ms. Hayley R. Winograd