

**HAYWARD**
PLLC

10501 N. CENTRAL EXPRESSWAY
SUITE 106   DALLAS, TX 75231
972.755.7100 (MAIN/FAX)
WWW.HAYWARDFIRM.COM

ZACHERY Z. ANNABLE
972.755.7108 (DIRECT)
ZANNABLE@HAYWARDFIRM.COM

August 23, 2023

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Case No. 23-10534, *Highland Capital Management Fund Advisors, L.P., n/k/a NexPoint Asset Management, L.P., and NexPoint Advisors, L.P. v. Highland Capital Management, L.P.*; Unopposed Level-1 Request for Extension

Ladies and Gentlemen:

    This firm is counsel of record for Appellee in the above-referenced case. In accordance with Rule 31.4 of the *Rules and Internal Operating Procedures for the United States Court of Appeals for the Fifth Circuit* (the "Fifth Circuit Rules and IOPs"), Appellee respectfully requests an extension of time to file its brief under Rule 28(b) of the Federal Rules of Appellate Procedure of **21 days** to **October 5, 2023**. Appellants' counsel has indicated to Appellee's counsel in writing that Appellants do not oppose this requested extension.

    Due to the current schedules for numerous other appeals and matters involving Highland Capital Management, L.P. pending in this Court and the United States Bankruptcy Court for the Northern District of Texas, Appellee requests an additional 21 days to prepare Appellee's brief. Again, Appellants do not oppose the requested 21-day extension.

    This request is made for good cause shown under Rule 31.4.3.1 of the Fifth Circuit Rules and IOPs.

    Thank you for your consideration and granting of this extension request.

Very truly yours,

Zachery Z. Annable