# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 27, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10534   Highland Captl Fund v. Highland Captl Mgmt  
                USDC No. 3:23-CV-573

The court has granted an extension of time to and including April 15, 2025 for filing a petition for rehearing in this case.

You are reminded that we must actually receive any petition for rehearing in this office by the due date.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____  
                Mary Frances Yeager, Deputy Clerk  
                504-310-7686

Mr. Zachery Z. Annable  
Mr. Gregory Vincent Demo  
Mr. Jordan A. Kroop  
Mr. John A. Morris  
Mr. Jeffrey N. Pomerantz  
Mr. Davor Rukavina  
Ms. Hayley R. Winograd