**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 12, 2025

Mr. Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Ross Tower
Suite 4000
Dallas, TX 75201

        No. 23-10534    Highland Captl Fund v. Highland Captl Mgmt
                        USDC No. 3:23-CV-573

Dear Counsel:

This letter will serve to advise that the court has requested a
response to the Appellee's Motion to stay issuance of the mandate
to be filed in this office on or before Monday, May 19, 2025.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Mary Frances Yeager, Deputy Clerk
                         504-310-7686

cc:  Mr. Zachery Z. Annable
     Mr. Gregory Vincent Demo
     Mr. Jordan A. Kroop
     Mr. John A. Morris
     Mr. Jeffrey N. Pomerantz
     Ms. Hayley R. Winograd