# Supreme Court of the United States

No. 24A1154

HIGHLAND CAPITAL MANAGEMENT, L.P.,

Applicant

v.

NEXPOINT ADVISORS, L.P., ET AL.

**O R D E R**

UPON CONSIDERATION of the application of counsel for the applicant,

IT IS ORDERED that the mandate of the United States Court of Appeals for the Fifth Circuit, case No. 23-10534, is hereby stayed pending further order of the undersigned or of the Court. It is further ordered that a response to the application be filed on or before Thursday, June 5th, 2025, by 12 p.m. (EDT).

      /s/    Samuel A. Alito, Jr.
Associate Justice of the Supreme
Court of the United States

Dated this 29th
day of May, 2025.