# Supreme Court of the United States

No. 24A1154

HIGHLAND CAPITAL MANAGEMENT, L.P.,

Applicant

v.

NEXPOINT ADVISORS, L.P., ET AL.

**O R D E R**

UPON FURTHER CONSIDERATION of the application of counsel for the applicant, the response filed thereto, and the reply,

IT IS ORDERED that the stay heretofore issued by the undersigned on May 29, 2025, is hereby vacated. The application for stay is, in all respects, denied.

/s/ Samuel A. Alito, Jr.
Associate Justice of the Supreme
Court of the United States

Dated this 9th
day of June, 2025.